ACCEPTED
01-15-00385-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/20/2015 5:32:44 PM
CHRISTOPHER PRINE
CLERK

**Cause Nos. 01-15-00385-CR and 01-15-00386-CR**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

5/20/2015 5:32:44 PM

CHRISTOPHER A. PRINE
Clerk

**IN THE COURT OF APPEALS
1ST JUDICIAL DISTRICT
HOUSTON, TEXAS**

● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ●

**DAIVION ANTHONY BANTON**

**V.**

**THE STATE OF TEXAS**
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
**Cause Nos. 14-DCR-066980 AND 14-DCR-066981**
**In 240th Judicial District Court of
Fort Bend County, Texas**
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
**APPELLANT'S LETTER SHOWING
APPELLANT'S INDIGENCY**

**TO THE HONORABLE JUSTICES OF THE COURT OF
APPEALS:**

**COMES NOW, DAIVION ANTHONY BANTON,** by and through

his attorney of record, David Alan Disher, and respectfully shows the

Appellant received a request for payment of the Court Reporter's record.

The request was made 19th May 2015 but received by Appellant

May 20, 2015.

The only record, if any, was by a tape recording by the criminal

associate Judge pursuant to Chapter 54A of the Texas Government Code.

Further, the Appellant is indigent and the 240th Judicial District Court Of Fort Bend County, Texas appointed Mr. David Alan Disher to represent Appellant until the case is disposed, and appeals exhausted.

See page 7 of the Clerk's Record file-marked July 29, 2014.

Respectfully submitted,

/s/ David Alan Disher

_____

David Alan Disher,
Attorney for Defendant/Appellant
TBC #05895600
1167 FM 2144
Schulenburg, Texas 78956
Phone number:  979-263-5174
Fax number: 979-263-5183

# CERTIFICATE OF SERVICE

I hereby certify that the original foregoing Appellant's Letter Showing Appellant's Indigency was e-filed with

Ms. Ora Patterson
Deputy Clerk
Court of Appeals For the First Court of Appeals
301 Fannin Street
Houston 77002-2066,

and a copy of the foregoing Appellant's Letter Showing Appellant's Indigency has been personally hand delivered, by Fax, or sent certified mail, return receipt requested, by the U. S. Mail to the following parties:

Mr. John Healey
Fort Bend County Criminal District Attorney
Fort Bend County Courthouse
Richmond, Texas 77469,

Mr. Fred Felcman
Fort Bend County Assistant District Attorney
Fort Bend County Courthouse
Richmond, Texas 77469, and

Ms. Elizabeth Wittu
Offical Court Reporter
240th Judicial District Court
Fort Bend County Courthouse
Richmond, Texas 77469
via e-mail at wittueli@fortbendcountytx.gov

and mailed to the Appellant via regular postpaid, U.S. mail at his last known address of:

**DAIVION ANTHONY BANTON**
**INMATE**
Fort Bend County Jail
1410 Ransom Road
Richmond, TX 77469

on this the 21st day of May, 2015.

/s/ David Alan Disher
_____
David Alan Disher
Attorney for Appellant